IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **3506 RIVER ROAD, LLC,** | ) | No. 11 B 29873 |
| | ) | |
| Debtors. | ) | |

## N O T I C E

TO:   Office of U.S. Trustee, Via CM/ECF System
      See Attached List, Via U.S. Mail

PLEASE TAKE NOTICE that on the 30th of August, 2012, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **CAROL A. DOYLE**, Bankruptcy Judge, in Courtroom No.742, or before such other Judge as may be sitting in her place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Gina B. Krol
GINA B. KROL
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF C O O K   )

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 25th day of July, 2012.

/s/ Gina B. Krol

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-29873<br>Northern District of Illinois<br>Chicago<br>Tue Jul 24 15:15:29 CDT 2012 | 3506 River Road LLC<br>3506 River Road<br>Franklin Park, IL 60131-2151 | Alpha Tool Company<br>c/o Berger, Newmark & Fenchel, P.C.<br>1753 N. Tripp Avenue<br>Chicago, Il 60639-4861 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Alpha Tool Company<br>c/o Howard Marks<br>1753 N Tripp Ave<br>Chicago, IL 60639-4861 | Atlas Bobcat<br>5000 North River Road<br>Schiller Park, IL 60176-1021 |
| Carmen Colao<br>3506 River Road<br>Franklin Park, IL 60131-2151 | Carmen's Concrete Repair<br>and Tile Specialists, Inc.<br>3506 N. River Road<br>Franklin Park, IL 60131-2151 | Daniel Weiler<br>Weiler & Lengle, P.C.<br>2445 Dean Street<br>Saint Charles, IL 60175-4828 |
| Donald Smith<br>Ptasinski & Smith, P.C.<br>241 Gold Mill Prof. Bldg., Ste 800<br>Niles, IL 60714 | Gregory Keefer<br>5115 North Nashville<br>Chicago, IL 60656-3716 | Howard Marks<br>Berger Newmark & Fenchel, P.C.<br>1753 N. Tripp Ave.<br>Chicago, IL  60639 |
| Louis Cappozzoli<br>1484 Miner Street<br>Des Plaines, IL 60016-4603 | Lucia Colao<br>3506 River Road<br>Franklin Park, IL 60131-2151 | William T. Rodeghier<br>111 W. Washington St.<br>Suite 150<br>Chicago, IL 60602-2730 |
| E. Philip Groben<br>Cohen and Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602-4600 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Gina B. Krol<br>Cohen and Krol<br>105 W Madison St, Suite 1100<br>Chicago, IL 60602-4600 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **3506 RIVER ROAD, LLC,** | ) | No. 11 B 29873 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **CAROL A. DOYLE,**
   BANKRUPTCY JUDGE

  Now comes 3606 RIVER ROAD, LLC, Debtor herein, and respectfully represents unto this Honorable Court as follows:

  1. That on the 21st day of July, 2011, the above-named Debtor filed the above-captioned Chapter 11 petition.

  2. That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on June 12, 2012.

  3. That the Debtor has made the initial distributions due under the Plan of Reorganization.

  4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

  WHEREFORE, 3506 RIVER ROAD, LLC, Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN | 3506 RIVER ROAD, LLC, Debtor |
| GINA B. KROL | |
| E. PHILIP GROBEN | |
| COHEN & KROL | |
| 105 W. Madison St., Ste 1100 | BY: /s/ GINA B. KROL |
| Chicago, IL  60602 |    One of Attorneys for Debtor |
| 312/368-0300 | |